**EXHIBIT A**

September 10, 2014

Attention: Judge Patterson

RE: Character Reference for Roberto Grant

Judge Patterson,

I am a Program Coordinator for the Queens Library Youth Literacy Program, servicing disconnected youth ages 17-24 years old for 3 years to date. I have known Roberto Grant for over 10 years he is a friend of the family. I can confirm that he is a man of great integrity, is extremely dedicated to his family and the youth at risk, and is entirely a peaceful loving individual.

Furthermore, I have always seen him help with the youth within the community by organizing and coaching sporting events throughout the year specifically for Key to Life Academy Organization.  Roberto loves the children and loves to help make a difference in their lives daily by providing social support.

Overall, I have known Roberto to be a great person, pleasant to be around, and considerate of others.  One great advantage that he has is that his family has always been and remains a stable force in his life. If you have any other questions and/or concerns please do not hesitate to contact me at Shayla.Simpson.ss@gmail.com.


Thank You for taking the time to read this letter.

Sincerely,

Shayla Simpson

Fredericka Evans
Business Associate
Montefiore Medical Center
111 East 210th Street
Bronx, NY 10467
Phone #: 718-920-4321


September 23, 2014


Re: Character reference letter Roberto Grant


The Honorable Judge Patterson


My name is Fredericka Evans and I have known Mr. Roberto Grant for a year and half. I am currently engaged to his sister Kamaris Grant.

We first met at a family function for his nephew.  He was a very interactive with the kids and conducting the games with them. He is a very family oriented gentleman and wants only the best for his own kids as well as his siblings, he is indeed a big brother they look up to him as do the kids.

Since our first encounter we have grown very close and I am able to look to him for advice on life decisions. We bounce back off of one another we have developed a very healthy friendship. I value him as a man, father, brother, future brother-in- law and confidant. I just hope you can see pass what's on paper and see the man we all know and love.

I am aware that Mr. Roberto Grant is being tried because he has supposedly broken the law but I believe that if true, it could only be due to bad influence.  I strongly feel if Mr. Roberto Grant gets another chance at society he would be a good citizen and be a very valuable asset to society.  I know Mr. Roberto Grant will get his life back on track and not let a bad decision alter his life's directions ever again.

If you have any further questions, please feel free to contact me at 718-640-4343.

Thanking you,

Yours Sincerely
Fredericka Evans

October 1, 2014

Attention: Judge Patterson

RE: Character Reference for Roberto Grant

Judge Patterson,

I am Nicole Morrison-Grant the fiancée and mother of Mr. Roberto Grant kids and once upon a time his wife with hopes to re-marry very soon. I am writing on behalf of him so that you can get a better understanding of the individual and so that he is not judge by what is on paper. The paper makes him appear as this harden criminal that has no care in the world for others and that is the exact opposite of who he is.

I have know this man almost all my life I can go back as far as the second grade and he would chase me around the school yard, we played t together as kids& teenagers and it ultimately led us to being in a relationship with one another that has lasted over two decades. He has always been the type to put his feelings before others always lending a helping hand. He is the type of person that will make you laugh when your down help you with your bags and kids.

He is an excellent father the kids looked forward to coming home for daddy to help them with their homework. Where I lacked in the house hold he picked up, he played with the kids went to school functions helped with school projects and always made they were happy even if it was just a trip to the library. He was a firm believer in family night, where we would all get together and watch a movie of the kid's choice order pizza pop popcorn and see who would go to sleep first; I always lost.

Roberto lost his dad at the age of 9 and always said that he would give his kids all that his father gave him and him wish he was here to give them love and attention. He loves his family and his family loves and misses him you never really realize the part a person plays in the family until they are gone and the family dynamics have changed. I now work two jobs and go to school three nights a week. I have to depend on an outsider to care for our youngest kids who are now 18 months old Summer and Autumn and Jayla 7, Jayden our 12 year old has stepped up and feels he

now has to protect his three sisters even more that daddy is gone and I don't want that for my son I want him to still be a child.

Mr., Grant is not a bad person at all he may have made some poor decisions in his life; however I know he has the potential to really turn thing around he has five people who are depending on him and will support him through all journeys in life.

Not only is he close to his immediate family he has a very close nit support system from his mother and 5 other siblings who depend on him as well and lean on him for guidance advice and moral support.

This is a man that hand wrote a 10 page business plan for his own real-estate company so I know when he applies his self he can do nothing but well. At the tender age of 34 I know MR. Grant can turn things around for the better. I love him with my life and I trust that he will make all the right decisions from here on out.


Thank You for taking the time to read this letter.

Sincerely,

Nicole Morrison-Grant